UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ADRIAN LUPU | ) | Bankruptcy No. 22-12379-mdc |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ADRIAN LUPU | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proc. No. 23-00010-mdc |
| | ) | |
| PHH MORTGAGE CORP. | ) | |
| Defendant. | ) | |

**WITHDRAWAL AND ENTRY OF APPEARANCE**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced matter.

Respectfully submitted,

_/s/ Mark A. Cronin_
Mark A. Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(484) 266-0832
philalaw@aol.com
Attorney for Plaintiff/Debtor

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

Respectfully submitted,

_/s/ Sharon S. Masters_
Sharon S. Masters, Esquire
The Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Plaintiff/Debtor